# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LILIANA MUJICA,**

      **Plaintiff,**

**v.**                                                         **Case No:   6:14-cv-2124-Orl-40KRS**

**BERKSHIRE PROPERTY ADVISORS, LLC,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANT'S MOTION TO STRIKE AFFIDAVIT OF LILIANA MUJICA (Doc. No. 25)**
>
> **FILED:**      **October 8, 2015**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Defendant Berkshire Property Advisors, LLC, moves this Court to strike the affidavit of Plaintiff Liliana Mujica (Doc. No. 24) pursuant to Federal Rule of Civil Procedure 12(f). Doc. No. 25, at 1. Motions to strike under that rule, however, "are only appropriately addressed to matters contained in the pleadings." not to affidavits submitted in relation to a motion for summary judgment. *Polite v. Dougherty Cnty. Sch. Sys.*, 314 F. App'x 180, 184 n.7 (11th Cir. 2008) (unpublished opinion cited as persuasive authority). Rather, the proper procedure is to object to the evidence as provided by Federal Rule of Civil Procedure 56(c)(1)(B)(2) in the responsive

memorandum or reply brief. *See Cohen v. Dekalb Cty. Sch. Dist.*, No. 1:09-cv-1153-WSD, 2009 U.S. Dist. LEXIS 110078, at *6-7 (N.D. Ga. Nov. 25, 2009).

**DONE** and **ORDERED** in Orlando, Florida on October 9, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record